

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Mark Odin Chambers,
\* From the 441st District Court
of Midland County,
Trial Court No. CR 44,980.

Vs. No. 11-17-00302-CR
\* October 18, 2019

The State of Texas,
\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we modify the judgments of the trial court and the bill of costs to delete the assessment of attorney's fees as court costs, and we affirm the judgments as modified.